CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza**,<br><br>   Plaintiff,<br><br>v.<br><br>**Oakland Sutter Hotel, L.P.**, a California Limited Partnership; **Ten Oaks Inc.**, a California Corporation; and Does 1-10,<br><br>   Defendants. | Case 3:18-CV-00947-GPC-BGS<br><br>**Plaintiff's Application for Default Judgment by Court Against Oakland Sutter Hotel, L.P., and Ten Oaks Inc.**<br><br>Date:  November 22, 2019<br>Time:  1:30 p.m.<br>Ctrm:  2D<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

To Defendants Oakland Sutter Hotel, L.P. (now named Five Hills, L.P.), and Ten Oaks Inc., and the attorneys of record, if any:  Please take notice that on November 22, 2019, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 221 West Broadway, San Diego, CA 92101. Plaintiff Scott Schutza will present his application for default judgment against defendants Oakland Sutter Hotel, L.P. (now named Five Hills L.P.), and Ten Oaks Inc. The Clerk has previously entered the default on Oakland Sutter Hotel, L.P. (now named Five Hills L.P.), and Ten Oaks Inc.,

on September 28, 2018.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendants Oakland Sutter Hotel, L.P. (now named Five Hills L.P.), and Ten Oaks Inc., are not minor or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants Oakland Sutter Hotel, L.P. (now named Five Hills L.P.), and Ten Oaks Inc., have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $5442.50 in attorney fees and costs as set forth in the attached declaration of Dennis Price and an Order directing the defendants to: provide compliant accessible parking spaces at the property located at 7520 and 7550 El Cajon Blvd., La Mesa, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this application for default judgment by court was served on defendants Oakland Sutter Hotel, L.P. (now named Five Hills L.P.), and Ten Oaks Inc., on September 20, 2019, by first class United States Mail, postage prepaid.

Dated: September 20, 2019    CENTER FOR DISABILITY ACCESS

By: */s/ Dennis Price*
Dennis Price, Esq.
Attorney for Plaintiff