CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza**, <br><br> Plaintiff, <br><br> v. <br><br> **Oakland Sutter Hotel, L.P**., a California Limited Partnership; **Ten Oaks Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 3:18-CV-00947-GPC-BGS <br><br> **Index of and Exhibits in Support of Plaintiff's Application for Default Judgment** |

## TABLE OF EXHIBITS

Exhibit 1 ............................................................. Declaration of Attorney Dennis Price

Exhibit 2 ................................................................... Declaration of Scott Schutza

Exhibit 3 ..................................................................... Declaration of Evens Louis

Exhibit 4 ................................................................................................... Photos

Exhibit 5 ........................................................................................ Public Records