**EXHIBIT 1**

Center for Disability Access
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza**, <br><br> Plaintiff, <br><br> v. <br><br> **Oakland Sutter Hotel, L.P.**, a California Limited Partnership; **Ten Oaks Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 3:18-CV-00947-GPC-BGS <br><br> **Declaration of Dennis Price in Support of Plaintiff's Application for Default Judgment by Court Against Oakland Sutter Hotel, L.P., and Ten Oaks Inc.** |

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney with the Center for Disability Access, and an attorney of record for the moving party, Plaintiff Scott Schutza, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. Defendants Oakland Sutter Hotel, L.P., who has changed its name to Five Hills, LP, and its General Partner, Ten Oaks Inc., are business entities and, therefore, not infants or incompetent persons and not on active duty in the armed forces, in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

3. We conducted a public records search in order to ascertain the owners and operators of the facility that is the subject of this litigation, a true and correct copy of which is attached as Exhibit 5. Based on this search and the records located, our office determined, to the best of our knowledge, that defendant Oakland Sutter Hotel, L.P., named Five Hills, LP since May 3, 2018, owned and currently owns the real property located at or about 7520 and 7550 El Cajon Blvd., La Mesa, California, that is the subject of this lawsuit on all dates relevant to this lawsuit. And defendant Ten Oaks, Inc. is the General Partner of Sutter Hotel, LP/Five Hills, LP.

4. The complaint was filed in federal court on May 15, 2018. The Proof of Service for Oakland Sutter Hotel, L.P., and Ten Oaks Inc., were filed on September 19, 2018. The default was entered against defendants Oakland Sutter Hotel, L.P., and Ten Oaks Inc., on September 28, 2018 for failure to response to plaintiff's Complaint.

5. Notice of this Application for Default Judgment by court was served on defendants Oakland Sutter Hotel, L.P., and Ten Oaks Inc., on September 20, 2019, by first class United States Mail, postage prepaid.

6. My firm has expended time and money in handling this case. The billing statement attached to this declaration is a true and accurate copy of the work and costs incurred.

7. Attorney Mark Potter founded the Center for Disability Access, has devoted more than 95% of his practice to disability issues for 25 years. He was a former officer of the California's for Disability Rights, Chapter Number One—the oldest and most prestigious disability civil rights advocacy organization in California, as well as a board member of the prestigious Southern California Rehabilitation Services. He has given—and continues to give—ADA seminars throughout the state of California and published in numerous disabled rights periodicals. He have litigated over 2,000 disability cases. His expertise and experience with ADA cases is almost unparalleled in California. He has been interviewed on CNN as an ADA legal expert. His billing rate at $425 in this case is well below the market for an attorney of his expertise and experience. Mr. Potter's requested billing rate of $425 per hour has been granted in scores of recent federal court rulings, granting default judgment applications.

8. Likewise, Attorney Russell Handy is qualified to bill at $425 per hour. He graduated Magna Cum Laude from California Western, has taught as an adjunct professor, has clerked for the Ninth Circuit Court of Appeals, and has devoted his private practice to disability litigation for the last 20 years. He has prosecuted over a thousand ADA cases, has prosecuted over 40 ADA trials and appeared at either state or federal appellate court forums on ADA cases over 30 times. He has argued disability cases before the California Supreme Court and was awarded the California Magazine's Attorney of the Year (CLAY) award in 2010 for his disability work that resulted in a significant ruling for disability

litigants under the Unruh Civil Rights Act. (See *Munson v. Del Taco, Inc.*, 46 Cal.4th 66 (2009). He has appeared on ABC's show 20/20 as an expert in ADA litigation. In 2011, the San Diego Daily Transcript named him one of San Diego's "Top Attorneys 2011." Mr. Handy's requested billing rate of $425 per hour has been granted in scores of recent federal court rulings, granting default judgment applications.

9. Attorney Phyl Grace has been practicing for almost 24 years. She has focused exclusively on disability access litigation for the last ten years. She has handled trials, taken depositions, drafted motions, and otherwise litigated these civil rights cases. Ms. Grace's requested billing rate of $425 per hour has been granted in scores of recent federal court rulings, granting default judgment applications.

10. Attorney Christina Carson is qualified to bill at $350 per hour. She graduated cum laude in the top 10% of her class from California Western School of Law in 2011. While in law school Ms. Carson served as a writer and editor for California Western's two law reviews. Ms. Carson's article, "Lords of the Manor: Fighting California Slumlords with Private Multi-Plaintiff Implied Warranty of Habitability Litigation," was accepted for publication by The Scholar, St. Mary's Law Review on Minority Issues. Ms. Carson has been practicing for seven years. She has assisted in the jury trial of numerous criminal cases, including one death penalty case and three homicide cases. Ms. Carson also served as a Judicial Intern for the Honorable Frederick Maguire. She has been handling disability civil rights cases for more than six years. Ms. Carson's requested billing rate of $350 per hour has been granted in scores of recent federal court rulings, granting default judgment applications.

11. Attorney Dennis Price graduated from Loyola Law School in

2011. While in law school he participated in the Moot Court Honors Board and competed on the Loyola Appellate National Team. He spent a year clerking for the California Court of Appeal. After passing the bar he worked for a renowned public interest firm representing Los Angeles County senior citizens in a wide-range of legal issues before coming to the Center for Disability Access. He has written and argued cases before the California Court of Appeal and participated in prosecuting well over 500 ADA cases in state and federals courts with responsibilities ranging from conducting depositions, settlement negotiations, drafting and arguing motions and seeing multiple cases through trial. Mr. Price's requested billing rate of $350 per hour has been granted in scores of recent federal court rulings, granting default judgment applications.

12. Our disability rights work has helped to shape ADA law with numerous, precedent setting opinions including, but not limited to the following cases: *Karczewski v. DCH Mission Valley LLC*, 862 F.3d 1006 (9th Cir. 2017); *Coppi v. City of Dana Point*, 88 F.Supp.3d 1122 (C.D. Cal. 2015); *Lozano v., C.A. Martinez Family Ltd. Partnership*, 129 F.Supp.3d 967 (S.D. Cal. 2015); *Fortyune v. City of Lomita*, 766 F.3d 1098 (9th Cir. 2014); *Munson v. Del Taco, Inc.*, 46 Cal.4th 66 (2009); *Nicholls v. Holiday Panay Marina, L.P.*, 93 Cal.Rptr.3d 309 (Cal. App. 4th 2009); *Miller v. California Speedway Corp.*, 536 F.3d 1010 (9th Cir. 2008); *Munson v. Del Taco, Inc.*, 522 F.3d 997 (9th Cir. 2008); *Fortyune v. American Multi-Cinema, Inc.*, 364 F.3d 1075 (9th Cir. 2004); *Pickern v. Holiday Quality Foods, Inc.*, 293 F.3d 1133 (9th Cir. 2002); *Wyatt v. Ralphs Grocery Co.*, 65 Fed.Appx. 589 (9th Cir. 2003); and *Botosan v. Paul McNally Realty*, 216 F.3d 827 (9th Cir. 2000).

13. Because the nature of my practice is wholly dependent on billing

at a market rate, I have extensive experience with respect to what attorneys specializing in disability law and civil rights bill for civil litigation and what courts are routinely awarding and can attest that the rates billed by the Center for Disability Access for its attorneys are well within market rates.

14. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: September 20, 2019                      CENTER FOR DISABILITY ACCESS

By: */s/Dennis Price*
Dennis Price, Esq.
Attorney for Plaintiff



# Center for Disability Access
## Billing Summary

| | |
|---|---|
| **Case:** | Scott Schutza v. Oakland Sutter Hotel, L.P. |
| **Case No:** | 3:18-CV-00947-GPC-BGS |
| **Venue** | Southern |
| **Billing Range:** | 5/2/2018    *through*    9/20/2019 |
| **Total Hours** | 12.1 |
| **Hourly Bill** | $4,782.50 |
| **Litigation Expenses** | $660.00 |

**Total Bill:**          $5,442.50

| Expense Detail | |
|---|---:|
| Investigator | $200.00 |
| Filing Fees | $400.00 |
| Service Costs | $60.00 |
| | $660.00 |



# Center for Disability Access
## Billing Statement

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 5/2/2018 | Met with Scott Schutza; discussed his case; discussed his contacts with the geographical area for standing purposes and his likelihood of returning to maintain federal jurisdiction | M. Potter | 0.9 | 425 | $382.50 |
| 5/3/2018 | Went to and walked the site to conduct an assessment of the allegations; emailed the investigator about the photos I wanted. | M. Potter | 2.2 | 425 | 935 |
| 5/8/2018 | Reviewed Investigator Louis report and photos; phone conversation with him regarding the same; notes to file | R. Handy | 0.8 | 425 | 340 |
| 5/9/2018 | Conducted public records research to determine the identity of the responsible parties and to determine if there had been alterations or modifications that would have triggered stricter Title 24 obligations for this property; sent packet to Chris | R. Handy | 1.8 | 425 | 765 |
| 5/14/2018 | Drafted the complaint | C. Carson | 0.7 | 350 | 245 |
| 5/14/2018 | Reviewed and executed the front matter (civil case coversheet, summons, notice of interested parties, etc.) | C. Carson | 0.2 | 350 | 70 |
| 6/14/2018 | Correspondance with Defense | P. Grace | 0.1 | 425 | 42.5 |
| 6/19/2018 | Correspondance with Defense | P. Grace | 0.2 | 425 | 85 |
| 9/24/2018 | Drafted Request for Entry of Default and supporting Declarations for both defendants | P. Grace | 0.8 | 425 | 340 |
| 10/6/2018 | Reviewed Clerks Entry of Default for both defendants; sent to Dennis Price to prosecute | P. Grace | 0.2 | 425 | 85 |
| 10/9/2018 | Correspondance with Defense | P. Grace | 0.3 | 425 | 127.5 |
| 6/13/2019 | Reviewed the Notice of Hearing; Sent email to investigator and Scott Schutza re: setting up time to discuss declarations | D. Price | 0.3 | 350 | 105 |
| 7/10/2019 | Drafted Louis's declaration; discussed final draft with him | D. Price | 0.3 | 350 | 105 |
| 7/10/2019 | Drafted Schutza's declaration; discussed final draft with him | D. Price | 0.3 | 350 | 105 |
| 7/10/2019 | Drafted the default judgment with my declaration and supporting exhibits | D. Price | 1.8 | 350 | 630 |
| 9/20/2019 | Reviewed the court's minute order, assessed the public records and drafted some amendments to my declaration and the points and authorities. | D. Price | 1.2 | 350 | 420 |
| **Totals** | | | 12.1 | | $4,782.50 |