**EXHIBIT 2**

CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza**, | Case: 3:18-CV-00947-GPC-BGS |
| Plaintiff, | **Declaration of Scott Schutza in Support of Plaintiff's Request for Default Judgment** |
| v. | |
| **Oakland Sutter Hotel, L.P.**, a California Limited Partnership; **Ten Oaks Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

1. I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:
2. I am a paraplegic. I cannot walk. I use a wheelchair for mobility.
3. I have a disabled persons parking placard issued by the State of California. I drive a specially equipped and modified van. My van deploys a ramp so that I can wheel in and out of my vehicle. I need the

van accessible access aisle in order to safely transfer to and from my van.

4. Due to terrible experiences that I have previously suffered, I no longer attempt to park in and use parking spaces without access aisles. In the past, I have parked in regular stalls and found myself trapped outside my vehicle because someone else parked lawfully next to me. I need an accessible stall with the access aisle.

5. On February 6, 2018, I went to the Cilantro Taco Shop and Yum Yum Donuts located at 7520 and 7550 El Cajon Blvd., La Mesa, California, respectively, to get something to eat and to assess the facilities for compliance with the disability access laws.

6. When I got there, I found that the marked and reserved parking space in front of the Yum Yum donuts did not have any access aisle at all. Additionally, it had a massive slope in the stall and access aisle. It looked like a ramp.

7. Likewise, the parking space right in front of the Cilantro Taco Shop had visible slopes running through the stall and access aisle. Slopes in parking spaces and access aisles create an extra level of difficulty for me as I must safely deploy my ramp and then transition to and from the ramp onto the parking surface. I have dealt with slopes that look just like the ones I could see in the van parking spaces and had real problems. I could not safely use this parking space and left to get food elsewhere.

8. I have reviewed the photos attached as Exhibit 4 and they are true and correct depictions of the condition of the parking lot at the Cilantro Taco Shop and Yum Yum Donuts located at 7520 and 7550 El Cajon Blvd., La Mesa, California, respectively, on the date I was present.

9. Due to the lack of compliant accessible parking, I have been deterred from further attempting to visit the Cilantro Taco Shop and Yum Yum Donuts until I have been informed that they have brought their facilities into compliance with the access laws.

10. I live only 15 minutes from this shopping plaza and I am in this area all the time. I would very much like to return to the Cilantro Taco Shop and Yum Yum Donuts and will do so as soon as the facilities are brought in compliance – both to eat and to assess the store for compliance with the ADA.

11. I declare, under the penalty of perjury in the State of California, that the foregoing is true and accurate.

Dated: July 10, 2019     By: *[signature]*
                              Plaintiff