1          **<u>EXHIBIT 3</u>**

CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza**, | Case: 3:18-CV-00947-GPC-BGS |
| Plaintiff, | **Declaration of Evens Louis in Support of Application for Default Judgment by Court Against Oakland Sutter Hotel, L.P., and Ten Oaks Inc.** |
| v. | |
| **Oakland Sutter Hotel, L.P.**, a California Limited Partnership; **Ten Oaks Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

1. I am an investigator with the Center for Disability Access, and I was tasked to investigate Mr. Scott Schutza's claim that there were no accessible parking spaces at the Cilantro Taco Shop and Yum Yum Donuts located at 7520 and 7550 El Cajon Blvd., La Mesa, California, respectively. Based on my own experience and knowledge, I can competently declare the following:

2

DocuSign Envelope ID: 51992FFF-AAA9-463D-896B-F70A78182404

2. I went to the Cilantro Taco Shop and Yum Yum Donuts located at 7520 and 7550 El Cajon Blvd., La Mesa, California, respectively, on May 7, 2018, and assessed the parking, took measurements, and took photos of the location.

3. I counted 68 parking stalls available to the public. There were three parking spaces that were marked as reserved for persons with disabilities.

4. The parking space located in front of the Yum Yum donut's building did not have any access aisle. It was just a reserved stall. I could see a dramatic slope in this parking stall. Using a digital level that I calibrated that morning, I found that the accessible parking stall had a slope that measured 12.2%.

5. The marked and reserved parking space next to the Cilantro Taco Shop had an access aisle but it also had visible and significant slopes running within the access aisle and stall. Using a digital level that I calibrated that morning, I found that this reserved parking stall had a cross slope as high as 8.0% and the access aisle had a cross slope as high as 6.6%.

6. The third reserved parking space also had visible slopes within it but it was on the other side of the property and did not serve either Yum Yum Donuts or the Cilantro Taco Shop.

7. I took the photographs attached as exhibit 4 and they truly and accurately depict the facilities at the Cilantro Taco Shop and Yum Yum Donuts on the day that I investigated.

8. I declare, under the penalty of perjury in the State of California, that the foregoing is true and accurate.

Dated: July 10, 2019        By: