**EXHIBIT 4**



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)



Schutza v. Oakland Sutter Hotel, L.P. (3:18-CV-00947-GPC-BGS)