# EXHIBIT 5

The requested Recorded Document images are displayed in the subsequent pages for the following property:

**7520 El Cajon Blvd**
**La Mesa, CA 91942**

**Document Number: 000000545882**
**Document Date: 20171122**

Limitation of Liability for Informational Report

**IMPORTANT – READ CAREFULLY:** THIS REPORT IS NOT AN INSURED PRODUCT OR SERVICE OR A REPRESENTATION OF THE CONDITION OF TITLE TO REAL PROPERTY. IT IS NOT AN ABSTRACT, LEGAL OPINION, OPINION OF TITLE, TITLE INSURANCE COMMITMENT OR PRELIMINARY REPORT, OR ANY FORM OF TITLE INSURANCE OR GUARANTY. THIS REPORT IS ISSUED EXCLUSIVELY FOR THE BENEFIT OF THE APPLICANT THEREFOR, AND MAY NOT BE USED OR RELIED UPON BY ANY OTHER PERSON. THIS REPORT MAY NOT BE REPRODUCED IN ANY MANNER WITHOUT FIRST AMERICAN'S PRIOR WRITTEN CONSENT. FIRST AMERICAN DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION HEREIN IS COMPLETE OR FREE FROM ERROR, AND THE INFORMATION HEREIN IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND, AS-IS, AND WITH ALL FAULTS. AS A MATERIAL PART OF THE CONSIDERATION GIVEN IN EXCHANGE FOR THE ISSUANCE OF THIS REPORT, RECIPIENT AGREES THAT FIRST AMERICAN'S SOLE LIABILITY FOR ANY LOSS OR DAMAGE CAUSED BY AN ERROR OR OMISSION DUE TO INACCURATE INFORMATION OR NEGLIGENCE IN PREPARING THIS REPORT SHALL BE LIMITED TO THE FEE CHARGED FOR THE REPORT. RECIPIENT ACCEPTS THIS REPORT WITH THIS LIMITATION AND AGREES THAT FIRST AMERICAN WOULD NOT HAVE ISSUED THIS REPORT BUT FOR THE LIMITATION OF LIABILITY DESCRIBED ABOVE. FIRST AMERICAN MAKES NO REPRESENTATION OR WARRANTY AS TO THE LEGALITY OR PROPRIETY OF RECIPIENT'S USE OF THE INFORMATION HEREIN.



©2005-2019 First American Financial Corporation and/or its affiliates. All rights reserved.

Recorded Requested By
**First American Title**
**San Diego**

**MAIL TAX STATEMENT**
**AND WHEN RECORDED MAIL DOCUMENT TO:**
Oakland Sutter Hotel, L.P.
PO Box 5247
Walnut Creek, CA 94596

5162871-7

DOC# 2017-0545882



Nov 22, 2017 01:48 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $6,081.00
PCOR: YES
PAGES: 3

**Space Above This Line for Recorder's Use Only**

A.P.N.: 469-160-18-00

File No.: MV-5162871 (MG)

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $**6,050.00**; CITY TRANSFER TAX $;

[ x ] computed on the consideration or full value of property conveyed, OR

[ ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,

[ ] unincorporated area; [ x ] City of **La Mesa**, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **La Jolla Investment Group, Inc, a California corporation**

hereby GRANTS to **Oakland Sutter Hotel, L.P., a California limited partnership**

the following described property in the City of **La Mesa**, County of **San Diego**, State of **California**:

**PARCEL 1:**

**THAT PORTION OF LOT 46 OF LA MESA COLONY, IN THE CITY LA MESA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 346, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 08, 1887, DESCRIBED AS FOLLOWS:**

**COMMENCING AT THE NORTHWEST CORNER OF SAID LOT 46;**
**THENCE RUNNING NORTH ALONG THE WEST LINE OF SAID LOT TO A POINT 30.00 FEET NORTH OF THE EASTERLY EXTENSION OF THE SOUTH LINE OF SANTIAGO STREET, AS SAID STREET IS SHOWN ON THE MAP OF THE DEWITT TRACT NO. 1444, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 22, 1912;**
**THENCE EAST ON A LINE PARALLEL WITH THE EASTERLY EXTENSION OF THE SOUTH LINE OF SAID SANTIAGO STREET, 174.00 FEET TO A POINT;**
**THENCE SOUTH ON A LINE PARALLEL WITH THE WEST LINE OF SAID LOT 46, A DISTANCE OF 270.00 FEET TO THE TRUE POINT OF BEGINNING;**
**THENCE EAST ON A LINE PARALLEL WITH THE EASTERLY EXTENSION OF THE SOUTH LINE OF SAID SANTIAGO STREET, 174.00 FEET;**
**THENCE SOUTH PARALLEL WITH THE WEST LINE OF SAID LOT 46, A DISTANCE OF 295.00 FEET, MORE OR LESS, TO THE SOUTHERLY LINE OF SAID LOT 46;**
**THENCE IN A WESTERLY DIRECTION ALONG THE SOUTHERLY LINE OF SAID LOT TO INTERSECTION WITH A LINE THAT IS PARALLEL WITH AND DISTANT 174.00 FEET AT RIGHT ANGLES EASTERLY FROM THE WEST LINE OF SAID LOT 46;**
**THENCE NORTH PARALLEL WITH THE WEST LINE OF SAID LOT 46, A DISTANCE OF 260.00 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING.**

**PARCEL 2:**

Mail Tax Statements To: **SAME AS ABOVE**

**ALL THAT PORTION OF LOT 46 OF LA MESA COLONY, IN THE CITY OF LA MESA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 346, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY, MARCH 08, 1887, DESCRIBED AS FOLLOWS:**

**BEGINNING AT A POINT IN THE EAST LINE OF THE LAND CONVEYED BY M.J. KELLEY AND L.M. KELLEY TO EARL W. KENRICK AND M. PEARLS KENRICK, BY DEED RECORDED MAY 9, 1919, AND RECORDED IN BOOK 775, PAGE 295 OF DEEDS, RECORDS OF SAID SAN DIEGO COUNTY, 415.00 FEET SOUTH OF THE NORTHEAST CORNER OF SAID LAND, SAID POINT BEING ALSO THE SOUTHWEST CORNER OF THE TRACT OF LAND CONVEYED BY ERIC A. BERGLOF, ET UX, TO PAUL C. TEWS, ET UX, BY DEED RECORDED APRIL 14, 1930 IN BOOK 1770, PAGE 33 OF DEEDS, RECORDS OF SAN DIEGO COUNTY;**
**THENCE EAST ALONG THE SOUTH LINE OF THE LAND SO CONVEYED TO TEWS, 174.20 FEET, MORE OR LESS, TO A POINT IN THE EAST LINE OF SAID LOT 46;**
**THENCE SOUTHERLY AND WESTERLY FOLLOWING THE LINE OF SAID LOT 46 TO THE SOUTHEAST CORNER OF THE LAND CONVEYED TO KENRICK HEREINABOVE REFERRED TO;**
**THENCE NORTH ALONG THE EAST LINE OF SAID KENRICK'S LAND TO THE POINT OF BEGINNING.**

**EXCEPT THOSE PORTIONS OF BOTH PARCELS 1 AND 2 DESCRIBED AS FOLLOWS:**

**THAT PART OF THOSE PORTIONS OF LOT 46 OF LA MESA COLONY, ACCORDING TO MAP THEREOF NO. 346, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 03, 1887, AS DESCRIBED IN DEEDS TO HELEN ZIMDAHL, RECORDED IN BOOK 410, PAGE 193 AND IN BOOK 2409, PAGE 133 BOTH OF OFFICIAL RECORDS OF SAID COUNTY, SAID PART THEREOF HEREBY CONVEYED, LYING SOUTHERLY OF THE FOLLOWING DESCRIBED LINE:**

**BEGINNING AT A POINT ON THE WESTERLY LINE OF THAT RIGHT OF WAY FOR COUNTY ROAD SURVEY NO. 715 (COMANCHE DRIVE) AS SAID RIGHT OF WAY IS DESCRIBED IN DEED TO THE COUNTY OF SAN DIEGO, RECORDED IN BOOK 610, PAGE 302 OF OFFICIAL RECORDS OF SAID COUNTY RECORDER, SAID POINT OF BEGINNING BEING DISTANT ALONG SAID WESTERLY RIGHT OF WAY LINE, SOUTH 01° 16' 04" EAST (RECORD SOUTH 01° 17' 00" EAST), 128.36 FEET FROM THE INTERSECTION OF SAID WESTERLY LINE WITH THE NORTHERLY LINE OF SAID ZIMDAHL PARCEL DESCRIBED IN SAID DEED RECORDED IN BOOK 2409, PAGE 133 OF OFFICIAL RECORDS;**
**THENCE LEAVING SAID WESTERLY RIGHT OF WAY LINE FROM A TANGENT WHICH BEARS SOUTH 83° 02' 51" WEST, ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 850.00 FEET, THROUGH AN ANGLE OF 23° 25' 52", A DISTANCE OF 347.61 FEET TO A POINT ON THE WESTERLY LINE OF SAID ZIMDAHL PARCEL DESCRIBED IN SAID DEED RECORDED IN BOOK 410, PAGE 193 OF OFFICIAL RECORDS, SAID POINT BEING DISTANT ALONG LAST SAID WESTERLY LINE, SOUTH 00° 13' 11" EAST, 243.16 FEET FROM A ¾ INCH IRON PIPE WITH TACK AND TAG MARKED "L.S. 2334" SET FROM THE NORTHWEST CORNER OF LAND SAID ZIMDAHL PARCEL; TOGETHER WITH THE UNDERLYING FEE INTEREST IN AND TO THAT PORTION OF SAID RIGHT OF WAY FOR COUNTY ROAD SURVEY NO. 715, LYING SOUTHERLY OF THE EASTERLY EXTENSION OF SAID 850.00 FOOT RADIUS DESCRIBED ABOVE.**

**EXCEPTING THAT PORTION AS CONVEYED TO THE CITY OF LA MESA FOR ROAD PURPOSES RECORDED JULY 30, 1979 AS FILE/PAGE NO. 79-314763 OF OFFICIAL RECORDS.**

Date: **11/16/2017**

A.P.N.: 469-160-18-00

File No.: MV-5162871 (MG)

Dated: November 16, 2017

La Jolla Investment Group, Inc, a California corporation

By: Amjad Akel

Name: Amjad Akel

Title: President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CA )SS

COUNTY OF San Diego )

On November 17 2017, before me, Megan Greene, Notary Public, personally appeared Amjad Akel, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MEGAN GREENE
Commission # 2079447
Notary Public - California
San Diego County
My Comm. Expires Aug 24, 2018

Signature

*This area for official notarial seal*



myFirstAm®
welcome Mark Potter
View Orders
Property Search
Farming
Calculate
Order
Sales Rep
This service is temporarily unavailable. Please try again later.
Premium Sites
Underwriting Library
Anniversary Reminders
Set up anniversary reminders on every closed transaction to stay connected with past clients!
Set Transaction Specific Reminders
Set Default Reminders
Property Search (Fees may apply. Not available where prohibited by law.)
Search
Advanced Search
Farming
CA
San Diego
OR
zip
street #
street name
unit #
city
APN
4691601800
Owner
last name, company or trust
first name
Search
Run Combined Report
Clear
El Cajon Blvd
Mohawk St
Calvary Chapel La Mesa
St Martin of Tours Academy
St Martin of Tours Catholic Church
Northeast San Diego County Family...
La Mesita Pl
Five Hills Lp
7520 El Cajon Blvd La Mesa, CA 91942
San Diego County
APN: 469-160-18-00
Zone: COMMERCIAL
Built: 1981
Type: Commercial / Retail Trade
Bldg Sq Ft: 19,665
Lot Sq Ft: 65,775
Order Customer Service
CostsFirst™
Add to Farm List
Report Name | Actions | Available | Allowance
Combined Report | Edit | Run
Property Profile | View | 132 | 400
Transaction History | View | 162 | 400

| LP-2 | Amendment to Certificate of Limited Partnership (LP) |
|---|---|

To change information of record for your LP, fill out this form, and submit for filing along with:

- A **$30** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you drop off the completed form.

Items 3–7: **Only** fill out the information that is changing. Attach extra pages if you need more space or need to include any other matters.

FILED PSI
Secretary of State
State of California

MAY 03 2018



iPC

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm*

① **LP's File No.** (issued by CA Secretary of State)
953100024

② **LP's Exact Name** (on file with CA Secretary of State)
Oakland Sutter Hotel, LP

**New LP Name**

③ FIVE HILLS, LP.
*Proposed New LP Name*

The new LP name: **must** end with: "Limited Partnership," "LP," or "L.P.," and **may not** contain "bank," "insurance," "trust," "trustee," incorporated," "inc.," "corporation," or "corp."

**New LP Addresses**

④ a. 1547 Palos Verdes Mall #224, Walnut Creek CA 94597
*Street Address of Designated Office in CA* — *City (no abbreviations)* — *State* — *Zip*

b. ______
*Mailing Address of LP, if different from 4a* — *City (no abbreviations)* — *State* — *Zip*

**New Agent/Address for Service of Process** (The agent must be a CA resident or qualified 1505 corporation in CA.)

⑤ a. Raj Singh
*Agent's Name*

b. 1547 Palos Verdes Mall #224, Walnut Creek CA 94597
*Agent's Street Address (if agent is* ***not*** *a corporation)* — *City (no abbreviations)* — *State* — *Zip*

**General Partner Changes**

⑥ a. New general partner: ______
*Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

b. Address change: ______
*Name* — *New Address* — *City (no abbreviations)* — *State* — *Zip*

c. Name change: Old name: Oakland Sutter, Inc. New name: Ten Oaks, Inc

d. Name of dissociated general partner: ______

**Dissolved LP** (Either check box a **or** check box b and complete the information. Note: To terminate the LP, also file a Certificate of Cancellation (Form LP-4/7), available at www.sos.ca.gov/business/be/forms.htm.)

⑦ a. ☐ The LP is dissolved and wrapping up its affairs.

b. ☐ The LP is dissolved and has no general partners. The following person has been appointed to wrap up the affairs of the LP: ______
*Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

**Read and sign below:** This form must be signed by (**1**) at least one general partner; (**2**) by each person listed in item 6a; and (**3**) by each person listed in item 6d **if** that person has not filed a Certificate of Dissociation (Form LP-101). If item 7b is checked, the person listed must sign. If a trust, association, attorney-in-fact, or any other person not listed above is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this amendment. Signing this document affirms under penalty of perjury that the stated facts are true.

[signature] — RAJ SINGH, President of Ten Oaks Inc — 4/30/18
*Sign here* — *Print your name here* — *Date*

______ — ______ — ______
*Sign here* — *Print your name here* — *Date*

| Make check/money order payable to: **Secretary of State** | ***By Mail*** | ***Drop-Off*** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944225<br>Sacramento, CA 94244-2250 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |