UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza**, | Case 3:18-CV-00947-GPC-BGS |
| Plaintiff, | Proposed Judgment Re: Default Judgment |
| v. | |
| **Oakland Sutter Hotel, L.P.**, a California Limited Partnership; **Ten Oaks Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Scott Schutza shall have JUDGMENT in his favor in the amount of $9,442.50 against Five Hills, L.P. and Ten Oaks, Inc.

Additionally, Five Hills, L.P. and Ten Oaks, Inc. are ordered to provide compliant accessible parking spaces at the property located at 7520 and 7550 El Cajon Blvd., La Mesa, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____    By:_____
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff