# PROOF OF SERVICE
# Schutza v. Oakland Sutter Hotel, L.P.
# Case # 3:18-CV-00947-GPC-BGS

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On September 20, 2019 I served the following document(s):

**Application for Default Judgment, Memo of Points and Authorities, Five Exhibits, proposed Judgment**

Addressed to:

| Ten Oaks Inc. (now Five Hills, L.P.)<br>A California Corporation<br>1547 Palos Verdes Mall #224<br>Walnut Creek CA 94597 | Oakland Sutter Hotel<br>A California Corporation<br>1547 Palos Verdes Mall #224<br>Walnut Creek CA 94597 |
|---|---|

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and or subsequently emailed to the recipient(s).

Executed on September 20, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

By: _____
      Russell Handy

PROOF OF SERVICE