

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA<br><br>**Plaintiff,**<br><br>V.<br><br>OAKLAND SUTTER HOTEL, L.P., a California Limited Partnership; TEN OAKS, INC., a California Corporation; and DOES 1-10<br><br>**Defendant.** | Civil Action No.  18cv0947-GPC(BGS)<br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff's motion for default judgment, GRANTS Plaintiff's motion for statutory damages in the amount of $4,000 and costs in the amount of $660 for a total of $4,660.00 against Defendants Oakland Sutter Hotel, LP now known as Five Hills, L.P and Ten Oaks, Inc. Defendants must provide accessible parking spaces at the property located at 7520 and 7550 El Cajon Blvd., La Mesa, California in compliance with the Americans with Disabilities Act Accessibility Guidelines. The Court also DENIES Plaintiff's motion for attorney's fees. The hearing date set for November 22, 2019 shall be vacated.

| | |
|---|---|
| Date:    11/20/19 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br><br>By:  s/ D. Gilbert<br>D. Gilbert, Deputy |